■ Martha Escobar, Respondent, v John P. Scanlon et al., Appellants. [753 NYS2d 911] —Appeal from that part of an order of Supreme Court, Erie County (Cosgrove, J.), entered February 28, 2002, that denied in part defendants' motion to preclude expert testimony.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs for reasons stated in decision at Supreme Court, Erie County, Cosgrove, J. Present—Green, J.P., Wisner, Scudder, Burns and Hayes, JJ.